# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2330

_____

United States of America

*Plaintiff - Appellee*

v.

Ryan Douglas Horn

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: February 10, 2016
Filed: February 16, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Ryan Horn directly appeals after he pled guilty to a drug offense and a firearm offense and the district court[1] imposed a within-Guidelines-range sentence. His

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that Horn's sentence is substantively unreasonable.

After careful review, we conclude that the district court did not impose a substantively unreasonable sentence. <u>See</u> <u>United States v. David</u>, 682 F.3d 1074, 1076-77 (8th Cir. 2012) (discussing appellate review of sentencing decisions). Furthermore, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.

The judgment is affirmed.

_____